```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

ABBIE SANDERS                                              PLAINTIFF

VS.                         CIVIL ACTION NO. NO: 3:23CV238TSL-RPM

MISSISSIPPI ASTHMA AND ALLERGY CLINIC, P.A.                DEFENDANT

<u>ORDER</u>

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter.  Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 3rd day of May, 2024.

```
                    /s/ Tom S. Lee_____
                    UNITED STATES DISTRICT JUDGE
```